UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Known Litigation Holdings,
    *Plaintiff*,

v.                                                    Civil No. 3:12cv269 (JBA)

Navigators Ins. Co., et al,
    *Defendants*.

## ORDER OF ADMINISTRATIVE DISMISSAL

On consent of counsel at the scheduling conference held 2/19/15 on the record, this case will be administratively closed because due to procedural complexities it cannot be tried at this time. To afford counsel their requested opportunity to resolve or narrow legal issues and pursue settlement, this case will be removed from the active docket and automatically reinstated upon the filing of the parties' fully joined summary judgment motions.

IT IS SO ORDERED.
/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: February 19, 2015.