UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KNOWN LITIGATION HOLDINGS, LLC,<br>    *Plaintiff*,<br>    v.<br>NAVIGATORS INSURANCE CO, NAVIGATORS MANAGEMENT (UK) LTD., CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S OF LONDON, NEW ENGLAND CASH DISPENSING SYSTEMS, Inc., and INTEGRATED MERCHANT SYSTEMS, LLC,<br>    *Defendants*. | Civil No. 3:12cv269 (JBA)<br><br>December 15, 2015 |

**ORDER ON MOTION FOR EXTENSION OF TIME
AND MOTION FOR PROTECTIVE ORDER**

Discovery is currently scheduled to close in this nearly four-year old case on December 28, 2015; the parties' fully joined motions for summary judgment are due by January 27, 2015; and the trial ready date is set as August 1, 2016. The Court has already granted Navigators three extensions of time, the last of which was granted with the explicit admonition that "[n]o further extensions w[ould] be granted notwithstanding the status of the separately pending FOIA litigation." (Order [Doc. # 119].) Nonetheless, Navigators now move [Doc. # 134] for a fourth extension of time, in which they seek to push the discovery deadline back three months to March 28, 2016; the summary judgment deadline back more than six months to August 1, 2016; and the trial ready date back five and a half months to January 16, 2017. Navigators represent that this extension is necessary due to pending FOIA litigation in a separately filed case and the unavailability of the corporate designee of Marshall & Sterling Insurance, Ron Bray, on his scheduled deposition date of December 23, 2015.

Relatedly, non-party witness Ron Bray seeks [Doc. # 133] a motion for protective order with respect to a subpoena issued to him by Navigators on December 10, 2015 calling for his testimony at a deposition on December 23, 2015 in Hartford, Connecticut. Mr. Bray, "who currently works and resides in St. Louis, Missouri, and who will work and reside in Naples, Florida beginning on or about January 3, 2016," represents that he "will not be available for deposition on December 23, 2015, due to the Christmas holiday and the process of his temporary relocation," but he "has no objection to appearing for deposition in or near his place of residence in Naples, Florida at a mutually-agreeable date after December 23, 2015." (Bray Mot. for Prot. Order ¶¶ 3, 4.) To the extent Mr. Bray seeks a protective order that his deposition not proceed on December 23, 2015, his motion [Doc. # 133] is GRANTED for good cause shown.

However, in light of Navigators' delay in serving Mr. Bray until December 10, 2015; the long-established deadline of December 28, 2015 for the close of discovery; the Court's prior warning to the parties that no further extensions would be granted; Mr. Bray's apparent availability between December 24, 2015 and December 28, 2015; and the lack of demonstrated good cause for additional extensions of time, Navigators' fourth motion [Doc. # 134] for extension of time is DENIED. Discovery will close on December 28, 2015, as previously scheduled; fully joined motions for summary judgment shall be filed by January 27, 2016; and this case will be trial ready by August 1, 2016.

IT IS SO ORDERED.

    /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 15th day of December, 2015.