UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KNOWN LITIGATION HOLDINGS, LLC (AS SUCCESSOR ASSIGNEE OF DOMESTIC BANK), <br><br> Plaintiff, <br><br> vs. <br><br> NAVIGATORS INSURANCE COMPANY, NAVIGATORS MANAGEMENT (UK) LTD, CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S OF LONDON, NEW ENGLAND CASH DISPENSING SYSTEMS, INC., AND INTEGRATED MERCHANT SYSTEMS, LLC, <br><br> Defendants. | CIVIL ACTION NO.: 3:12-CV-00269 (JBA) <br><br><br> January 27, 2016 |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated January 27, 2016; the Declaration of Roy W. Breitenbach, dated January 27, 2016, and exhibits thereto; the Declaration of Craig A. Baker, dated January 26, 2016, Plaintiff's Local Rule 56.1 Statement of Undisputed Material Facts dated January 27, 2016; the pleadings in this lawsuit, and all prior proceedings had herein, Plaintiff Known Litigation Holdings, LLC (as successor assignee of domestic bank) moves for partial summary judgment under Rule 56 of the Federal Rules of Civil Procedure, granting Plaintiff (a) a declaration that Navigators is obligated to remit the insurance policies under the 2010 insurance policy; (b) a finding that Navigators breached the 2010 policy; and (c) granting Plaintiff such other and further relief as this Court may deem just and proper.

**ORAL ARGUMENT REQUESTED**

3716990v.1

2

Dated: Stamford, Connecticut             THE PLAINTIFF,
       January 27, 2016             KNOWN LITIGATION HOLDINGS, LLC

By:   */s/ Roy W. Breitenbach*
       Roy W. Breitenbach [ct 28949]
       Michael J. Keane, Jr. [ct29455]
GARFUNKEL WILD, P.C.
350 Bedford Street, Suite 406A
Stamford, Connecticut 06901
Phone: (203) 316-0483
Fax: (203) 316-0493
*rbreitenbach@garfunkelwild.com*

Their Attorneys

2

3716990v.1

**CERTIFICATION**

This is to certify that on the 27th day of January, 2016, a copy of the foregoing was emailed to the following:

>Jeffrey F. Gostyla, Esq.
>Halloran & Sage LLP
>One Goodwin Square
>225 Asylum Street
>Hartford, CT  06103
>gostyla@halloran-sage.com
>
>Michael A. Bono Esq.
>Wade Clark Mulcahy
>111 Broadway
>New York, NY 10006
>mbono@wcmlaw.com

>>/s/Roy W. Breitenbach
>>Roy W. Breitenbach