UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KNOWN LITIGATION HOLDINGS, LLC (AS SUCCESSOR ASSIGNEE OF DOMESTIC BANK),<br><br>Plaintiff,<br><br>vs.<br><br>NAVIGATORS INSURANCE COMPANY, NAVIGATORS MANAGEMENT (UK) LTD, CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S OF LONDON, NEW ENGLAND CASH DISPENSING SYSTEMS, INC., AND INTEGRATED MERCHANT SYSTEMS, LLC<br><br>Defendants. | CIVIL ACTION NO.:<br>3:12-cv-00269 (JBA)<br><br>January 27, 2016 |

**DECLARATION OF ROY W. BREITENBACH IN SUPPORT
OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**ROY W. BREITENBACH** declares under the penalties of perjury and pursuant to 28 U.S.C. § 1746, that:

1. I am a partner director with Garfunkel Wild, P.C., attorneys for plaintiff Known Litigation Holdings, LLC ("KLH"), and submit this declaration in further support of KLH's motion for partial summary judgment.

2. A true and correct copy of the Third Amended and Restated Memorandum of Agreement and related amendments between Domestic Bank and New England Cash Dispensing are attached as Exhibit 1.

3. A true and correct copy of the "Agreement Re Courier Services," dated May 12, 2006 is attached as Exhibit 2.

4. A true and correct copy of the cover note and courier insurance policy from 2006 is attached as Exhibit 3.

5. A true and correct copy of "Addendum No. 2," dated April 3, 2006 is attached as Exhibit 4.

6. A true and correct copy of "Addendum No. 1," dated April 3, 2006 is attached as Exhibit 5.

7. A true and correct copy of "Armored Car Cargo Liability Policy," from July 10, 2006 is attached as Exhibit 6.

8. A true and correct copy of the New England Cash Dispensing's 2006-2009 insurance polies are attached as Exhibit 7.

9. A true and correct copy of the New England Cash Dispensing's insurance policy from February 9, 2010 to February 9, 2011 is attached as Exhibit 8.

10. A true and correct copy of a letter re "Domestic Bank (the "Bank") v. New England Cash Dispensing Systems, Inc. ("NECD"), Integrated Merchant Systems LLC ("IMS")," from Norman Jay Bolotow, dated March 31, 2010 is attached as Exhibit 9.

11. A true and correct copy of a letter titled "Reservation of Rights" from D. Mark Lowers, dated August 31, 2010 is attached as Exhibit 10.

12. A true and correct copy of a letter titled "Notice of Rescission and Disclaimer of Coverage" from D. Mark Lowers, dated August 31, 2010 is attached as Exhibit 11.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 27, 2016              */s/Roy W. Breitenbach*
                                             ROY W. BREITENBACH

3

3691938v.1

**CERTIFICATION**

This is to certify that on the 27th day of January, 2016, a copy of the foregoing was emailed to the following:

Jeffrey F. Gostyla, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
*gostyla@halloran-sage.com*

Michael A. Bono Esq.
Wade Clark Mulcahy
111 Broadway
New York, NY 10006
*mbono@wcmlaw.com*

                                                  */s/Roy W. Breitenbach*
                                                    Roy W. Breitenbach